

# PROSPER POLICE DEPARTMENT

P.O. Box 307
801 Safety Way
Prosper, TX 75078
972-569-1040 Fax 972-347-9003
DOUG KOWALSKI, CHIEF OF POLICE

---

November 9, 2020

Google LLC

Attention: Custodian of Records 1600
Amphitheater Parkway
Mountain View, CA. 94043

Prosper Police Department-Criminal Investigations
801 Safety Way
Prosper, Texas 75078

RE: Preservation of Account Information and all data associated with the listed account.

In conformance with United States Code Section 18 U.S.C. 2703(f), by way of this letter, I am requesting that Google, the parent company for Gmail, preserve and retain preservation of subscriber records, and email content and metadata, contacts, chats, calendar, drive, photos, web and app activity, YouTube, and access logs related to the accounts specified in your request.

The requested dates of retention are from date of creation of the account through the date of this letter-November 9, 2020.

The specific gmail account is: samk38043@gmail.com

This request is associated with Prosper Police Incident #20019114 and a subpoena application has been submitted associated with this offense.

In an effort to preserve any and all applicable evidence, we are requesting that you DO NOT CONTACT the subscriber to notify them of this requests or any future requests.

Please forward any concerns or questions to my attention at the contact information listed below.

*Paul D. Boothe (esign)*
Paul D. Boothe-Lieutenant
Prosper Police Department-Criminal Investigations Division
Prosper, Texas 75078 Phone:
972-569-1030
paul_boothe@prospertx.gov