IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LEONARD JOHNSON | § | |
| | § | |
| v. | § | CASE NO. 4:23-cv-650 |
| | § | |
| THE TOWN OF PROSPER, TEXAS, et. al. | § | |

### ORDER GRANTING DEFENDANTS' TOWN OF PROSPER AND BOOTHE'S UNOPPOSED MOTION TO EXTEND ANSWER DATE

Came on to be considered Defendants Town of Prosper and Paul Boothe's UNOPPOSED MOTION TO EXTEND ANSWER DATE and the Court having considered same finds it has merit and should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendants Town of Prosper and Paul Boothe to answer be extended until **July 28, 2025.**

SIGNED this 4th day of June, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE